# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>VALERITAS HOLDINGS, INC., et al.,<br><br>―――――――――――――――――<br><br>EMERALD CAPITAL ADVISORS CORP., as Liquidating Trustee of Valeritas Holdings, Inc.,<br><br>              Plaintiff,<br><br>       v.<br><br>JOHN TIMBERLAKE, RODNEY ALTMAN, PETER DEVLIN, JOE MANDATO, BRIAN ROBERTS, KATHERINE CROTHALL, GEOFFREY JENKINS, ERICK LUCERA, MATT NGUYEN, JOSEPH SALDANHA, SCOTT HUIE, MIKE REED, CHRIS GREGORY, MARK CONLEY AND JEFFREY ZAJAC,<br><br>              Defendants. | Chapter 11<br><br>Case No. 20-10290 (JKS)<br><br><br><br>Adv. Pro. No. 22-50108 (JKS)<br><br>**Re: Adv. Pro. Docket No. 23** |

## ORDER GRANTING STIPULATION GOVERNING
## BRIEFING ON DEFENDANTS' MOTION TO DISMISS

Upon consideration of the *Stipulation Governing Briefing on Defendants' Motion to Dismiss* (the "Stipulation")[1] between Emerald Capital Advisors Corp., as the Liquidating Trustee for the creditors of the estate of Valeritas Holdings, Inc. (the "Trustee") and Defendants John Timberlake, Rodney Altman, Peter Devlin, Joe Mandato, Brian Roberts, Katherine Crothall, Geoffrey Jenkins, Erick Lucera, Matt Nguyen, Joseph Saldanha, Scott Huie, Mike Reed, Chris Gregory, Mark Conley, and Jeffrey Zajac (collectively, "Defendants") attached hereto as

---

[1] Capitalized terms used but not defined herein shall have the definitions contained in the Stipulation.

**Exhibit 1**; and the Court having determined that good and adequate cause exists for approval and no further notice of the Stipulation must be given, it is hereby **ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The Trustee shall file its answering brief in opposition to the Motion on or before June 27, 2022.

3. Defendants shall file their reply brief in further support of the Motion on or before July 27, 2022.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation, or enforcement of this Order.

**Dated: May 18th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**