# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>VALERITAS HOLDINGS, INC., et al.,<br><br>———<br><br>EMERALD CAPITAL ADVISORS CORP., as Liquidating Trustee of Valeritas Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TIMBERLAKE, RODNEY ALTMAN, PETER DEVLIN, JOE MANDATO, BRIAN ROBERTS, KATHERINE CROTHALL, GEOFFREY JENKINS, ERICK LUCERA, MATT NGUYEN, JOSEPH SALDANHA, SCOTT HUIE, MIKE REED, CHRIS GREGORY, MARK CONLEY AND JEFFREY ZAJAC,<br><br>Defendants. | Chapter 11<br><br>Case No. 20-10290 (JKS)<br><br><br><br>Adv. Pro. No. 22-50108 (JKS)<br><br>**Re: Adv. Pro. Docket No. 11** |

## STIPULATION GOVERNING BRIEFING ON
## DEFENDANTS' MOTION TO DISMISS

WHEREAS, on March 25, 2022, Emerald Capital Advisors Corp., as the Liquidating Trustee for the creditors of the estate of Valeritas Holdings, Inc. (the "Trustee"), filed *Trustee's First Amended Complaint* (Adv. Pro. Docket No. 11) against Defendants John Timberlake, Rodney Altman, Peter Devlin, Joe Mandato, Brian Roberts, Katherine Crothall, Geoffrey Jenkins, Erick Lucera, Matt Nguyen, Joseph Saldanha, Scott Huie, Mike Reed, Chris Gregory, Mark Conley, and Jeffrey Zajac (collectively, "Defendants"); and

WHEREAS, on May 13, 2022, Defendants filed *Defendants' Motion to Dismiss First Amended Complaint* (Adv. Pro. Docket No. 20) (the "Motion") and their memorandum of law in support thereof (Adv. Pro. Docket No. 21);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. The Trustee shall file its answering brief in opposition to the Motion on or before June 27, 2022.

2. Defendants shall file their reply brief in further support of the Motion on or before July 27, 2022.

Dated: May 17, 2022

| MORRIS JAMES LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| /s/ *Sarah M Ennis* | /s/ *Harrison S. Carpenter* |
| Eric J. Monzo (No. 5214) | Maris J. Kandestin (No. 5294) |
| Sarah M. Ennis (No. 5745) | Harrison S. Carpenter (No. 6018) |
| 500 Delaware Avenue, Suite 1500 | Daniel T. Menken (No. 6309) |
| Wilmington, DE 19801 | The Nemours Building |
| Telephone: (302) 888-6800 | 1007 North Orange Street, 10th Floor |
| Fax: (302) 571-1750 | Wilmington, DE 19801 |
| Email: emonzo@morrisjames.com | Telephone: (302) 485-3900 |
| sennis@morrisjames.com | Fax: (302) 351-8711 |
| | Email: mkandestin@mwe.com |
| -and- | hcarpenter@mwe.com |
| | dmenken@mwe.com |
| Alan Dabdoub (admitted *pro hac vice*) | |
| Kyle A. Gardner (admitted *pro hac vice*) | -and- |
| LYNN PINKER HURST & | |
| SCHWEGMANN, LLP | Timothy E. Hoeffner (*pro hac vice* forthcoming) |
| 2100 Ross Avenue, Suite 2700 | MCDERMOTT WILL & EMERY LLP |
| Dallas, TX 75201 | One Vanderbilt Avenue |
| Telephone: (214) 981-3800 | New York, NY 10017-3852 |
| Fax: (214) 981-3839 | Telephone: (212) 547-5595 |
| E-mail: adabdoub@lynnllp.com | Fax: (646) 224-8351 |
| kgardner@lynnllp.com | E-mail: thoeffner@mwe.com |
| | |
| *Attorneys for Trustee* | *Attorneys for Defendants* |